UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 05-35242
VICTOR R. MERTZ | (Chapter 13)
JOYCE J. MERTZ |
Debtors | JUDGE LAWRENCE S. WALTER

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4009993**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 12 | TIME WARNER<br>1660 W MICHIGAN ST<br>SIDNEY, OH  45365 | 0.93 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/13/2010

Certificate of Service         05-35242

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

VICTOR R. MERTZ
JOYCE J. MERTZ
824 LINDEN AVE.
SIDNEY, OH  45365

DUANE A GOETTEMOELLER
126 N MAIN AVE
BOX 987
SIDNEY, OH  45365

(27.1n)
CITIFINANCIAL INC
BANKRUPTCY REMITTNACE
PO BOX 70919
CHARLOTTE, NC  28272

(29.1n)
CITIFINANCIAL INC
BOX 70919
CHARLOTTE, NC  28272

(28.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(32.1n)
GREGORY A STOUT
REISENFELD & ASSOCIATES
3962 RED BANK RD
CINCINNATI, OH  45227

(12.1)
TIME WARNER
1660 W MICHIGAN ST
SIDNEY, OH  45365

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner_____      cs